UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

DOCKET NO. 3:14CR73

V.

ORDER

EMMITH MARREL SNELL

This MATTER is before the Court on Defendant's Pending Motion, (Doc. No, 342) Motion for Early Termination of Probation/Supervised Release is relating to his custodial sentence is denied as moot.

IT IS ORDERED, that Defendant's Motion (Doc. No. 342) is **DENIED AS MOOT.**

Signed: September 28, 2021

Frank D. Whitney
United States District Judge